No. 94–470. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* STARR. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–466. DIAMOND SHAMROCK REFINING & MARKETING CO. *v.* NUECES COUNTY APPRAISAL DISTRICT ET AL. Sup. Ct. Tex. Motions of American Petroleum Institute, Institute of Property Taxation, and General Motors Corp. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–490. ARKANSAS EDUCATIONAL TELEVISION COMMISSION *v.* FORBES. C. A. 8th Cir. Motion of Association of America's Public Television Stations et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 94–494. BRISTOL-MYERS SQUIBB CO. *v.* ZENITH LABORATORIES, INC. C. A. Fed. Cir. Motion of Hoffman-La Roche Inc. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.